UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 12-9558-MWF(JCGx)**                                 Dated: **September 23, 2013**

Title:    April Masako Okimoto -*v*- United States of America, et al

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                                None Present

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE SANCTIONS

The Court, on its own motion, ORDERS that counsel for the plaintiff show cause in writing on or before October 7, 2013, why sanctions should not be imposed for failure to appear at today's Scheduling Conference.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument will not be heard in this matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of counsel's response. Failure to respond to the Court's order may result in dismissal of the action.

MINUTES FORM 90                                                           Initials of Deputy Clerk   rs
CIVIL - GEN