ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MATTHEW P. LANE (Cal. Bar No. 265845)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3148
    Facsimile: (213) 894-7819
    E-mail: Matthew.Lane@usdoj.gov

Attorneys for Federal Defendant
UNITED STATES OF AMERICA

JS-6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| APRIL MASAKO OKIMOTO,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. CV 12-9558 MWF (JCGx)<br>Order re:<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1  IT IS HEREBY STIPULATED AND AGREED by Plaintiff, April Masako
2  Okimoto, and Defendant, United States of America, by and through their
3  respective attorneys of record, that the above-captioned action shall be dismissed
4  with prejudice in its entirety.

7  Dated: January 28, 2014      CHAMBERS, NORONHA & KUBOTA

                                 _____
                                 GARY CHAMBERS
                                 Attorneys for Plaintiff

13 Dated: January 28, 2014      ANDRÉ BIROTTE JR.
                                 United States Attorney
                                 LEON W. WEIDMAN
                                 Assistant United States Attorney
                                 Chief, Civil Division

                                 _____
                                 MATTHEW P. LANE
                                 Assistant United States Attorney
                                 Attorneys for Federal Defendant

**IT IS SO ORDERED.**

**DATED:** February 19, 2014

_____
**UNITED STATES DISTRICT JUDGE**

1